UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 3:10-00143
) JUDGE CAMPBELL
CHRISTIAN KIS )

ORDER

Pending before the Court is the Defendant's Motion To Direct The U.S. Marshal To Arrange Transportation (Docket No. 43). Through the Motion, the Defendant requests an order directing the Marshals Service to pay the costs of transportation to his March 10, 2014 pretrial conference at which the Defendant anticipates pleading guilty.

The Motion is GRANTED as the Court finds, pursuant to 18 U.S.C. § 4285, that the Defendant is financially unable to provide the necessary transportation to appear for the pretrial conference on his own. Accordingly, the necessary costs of transportation associated with the travel of the Defendant from Temecula, California to Nashville, Tennessee for the pretrial conference that is currently set for March 10, 2014 shall be paid by the Marshals Service to the extent authorized by law.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE